UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD TROVATO,

                              Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/20/2025

POST-CONFERENCE ORDER

24-CV-9833 (PAE) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge.**

On February 20, 2025, the parties appeared before the undersigned for a case management conference. As discussed at the conference and set forth below:

The deadline for Defendants New York City Police Department ("NYPD") and Dennis Walsh ("Walsh") to file their Answer to the Complaint, or alternatively, file a Motion to Dismiss is extended to **April 3, 2025**. Plaintiff shall file his opposition no later than 30 days after the filing of the Motion, if applicable. Defendants NYPD and Walsh shall file their reply no later than 14 days after the filing of the opposition. The page limitation for the moving and opposition briefs is 25 pages, double-spaced. The reply brief shall be no longer than 10 pages, double-spaced.

Plaintiff shall file a single, combined opposition to the Motions to Dismiss for Defendants Owen Brown ("Mr. Brown"), Marissa Brown ("Ms. Brown"), Michael Carroll ("Carroll") and Patrick Sweeney ("Sweeney") **by March 31, 2025**. Defendants Mr. Brown, Ms. Brown, Carroll and Sweeney shall file a single, combined reply **by April 18, 2025**. The opposition brief shall be no longer than 35 pages, double-spaced. The reply brief shall be no longer than 20 pages, double-spaced.

Plaintiff shall file his opposition to the Motion to Dismiss for Peters Brovner, LLP **by March 31, 2025**. The opposition brief shall be no longer than 25 pages, double-spaced. Defendant Peters Brovner, LLP shall file its reply **by April 14, 2025**. The reply brief shall be no longer than 10 pages, double-spaced.

All discovery shall be stayed pending resolution of the Motions to Dismiss. Upon a ruling on the Motions to Dismiss, discovery shall be completed within 90 days of the date of the ruling, as appropriate.

Plaintiff may file an Amended Complaint **by March 15, 2025**. In the event of such filing, Defendants shall file letters with the Court informing the Court whether they believe the Amended Complaint cures the defects noted in their respective Motions to Dismiss or, alternatively, whether they wish to move to dismiss the Amended Complaint in whole or in part. Such letters shall be filed **by March 31, 2025**.

**The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated: February 20, 2025
New York, New York

_Katharine H. Parker_
KATHARINE H. PARKER
United States Magistrate Judge