UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD TROVATO,

                              Plaintiff,

-against-

NEW YORK CITY POLICE DEPARTMENT, et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/4/2025

**SCHEDULING ORDER**

**24-CV-9833 (PAE) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

    On February 20, 2025, the Court issued an order permitting Plaintiff to file an Amended Complaint, and in such event, directing Defendants to file letters informing the Court whether they believed the Amended Complaint cured the defects noted in their respective Motions to Dismiss or, alternatively, whether they wished to move to dismiss the Amended Complaint in whole or in part. (ECF No. 37) On March 14, 2025, Plaintiff filed an Amended Complaint. (ECF No. 38) On March 31, 2025, Defendants filed letters informing the Court that they did not believe the Amended Complaint cured said defects and that they wished to move to dismiss the Amended Complaint. (ECF Nos. 39-41) Therefore, the Court will proceed with setting a briefing schedule for Defendants' Motions to Dismiss the Amended Complaint.

    Defendants shall file their Motions to Dismiss the Amended Complaint **by May 5, 2025**. Plaintiff shall file his opposition **by June 5, 2025**. Defendants shall file their replies **by June 19, 2025**.

    Defendants New York City Police Department, Dennis Walsh, and Peters Brovner, LLP shall each file a moving brief is no longer than 25 pages, double-spaced and their reply briefs shall be no longer than 10 pages, double-spaced.

Defendants Owen Brown, Marissa Brown, Michael Carroll and Patrick Sweeney shall file a single, combined moving brief that is no longer than 35 pages, double-spaced and their reply brief shall be a single, combined filing that is no longer than 20 pages, double-spaced.

Plaintiff shall file a single, combined opposition to all the Motions to Dismiss that is no longer than 40 pages, double-spaced.

**The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 16, 21, 28 and 32 as moot.  Further, the Clerk of Court is also respectfully directed to mail a copy of this order to Plaintiff.**

SO ORDERED.

Dated: April 4, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge