UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICHARD TROVATO,

                Plaintiff,

-against-　　　　　　　　　　　　　　　　24 **CIVIL** 9833 (PAE) (KHP)

## JUDGMENT

NYC POLICE DEPARTMENT ET AL.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 17, 2025, the Court accepts and adopts Judge Parker's Report in its entirety. The Court grants defendants' motions to dismiss, denies Trovato leave to amend, and denies the motion for sanctions. The dismissal is, however, without prejudice to Trovato's right to pursue his state-law claims in a court of competent jurisdiction; accordingly, the case is closed.

**Dated:**  New York, New York

      November 18, 2025

                                                      **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

**BY:**  _[signature]_

                                                            **Deputy Clerk**